STATE OF NEW JERSEY v. NINO ORTIZ.

September 21, 1972. Petition for certification denied.

STATE OF NEW JERSEY v.
AMOS JAMISON a/k/a AMOS JAMESON.

September 21, 1972. Petition for certification denied.

STATE OF NEW JERSEY. v. THOMAS MC LENDON.

September 21, 1972. Petition for certification denied.

ANNE ASTERINO v. STATE OF NEW JERSEY, DEPARTMENT
OF TREASURY, PROPERTY BUREAU.

September 21, 1972. Petition for certification denied.

TYREE STRICKLAND v. DUANE SPECIALTIES.

September 21, 1972. Petition for certification denied.

STATE OF NEW JERSEY v. CHESTER WOJTYCHA.

September 21, 1972. Petition for certification denied.